UNITED STATES DISTRICT
COURT DISTRICT OF Delaware

AITON CANNON ) CASE No. 07-660
Plaintiff )
)
v. ) Jury Trial
) Requested
Integrity Staffing )
Solutions et. al. )
Defendants )

FILED
2007 OCT 26 AM 4:[?]
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

☐ ORIGINAL

Amendment Complaint

Comes Now, (Plaintiff) AITON CANNON in good-faith seeks to Amendment of his complaint, due a "discrepancy" with his complaint pursuant to (Title VII of The Civil Rights Act of 1964) dated: (10-22-07) As Follows, No. (7) Need to be changed to 17th 10 07. Relating to the correct
Day, month, year date Plaintiff filed his complaint initially with the Dept. of Labor.

Signed: Alton Cannon          Dated:
                              10-26-07